| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tina Guider** | Social Security number or ITIN   **xxx–xx–7355** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  **13  1/23/20** |
| Case number: | **20–02010** | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tina Guider | |
| 2. | **All other names used in the last 8 years** | aka Tina Houston–Guider | |
| 3. | **Address** | 16773 Hazelwood Drive<br>Plainfield, IL 60586 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532 | Contact phone 630–981–3888 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 1/24/20 |

**For more information, see page 2**

Debtor  **Tina Guider**                                                                                                    Case number **20–02010**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 11, 2020 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**801 Warrenville Rd, Ste 655, Lisle, IL 60532–3614** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/11/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/2/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/21/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9.  Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/3/20** at **10:45 AM** , Location: **Joliet City Hall, 150 W Jefferson Street, 2nd Floor, Joliet, IL 60432**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 20-02010-LAH
Tina Guider                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton          Page 1 of 2           Date Rcvd: Jan 24, 2020
                             Form ID: 309I             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
db          +Tina Guider,   16773 Hazelwood Drive,   Plainfield, IL 60586-5854
tr          +Glenn B Stearns,   801 Warrenville Road Suite 650,   Lisle, IL 60532-4350
28574899    +American Web Loan,   10026-A S Mingo Road,   Suite 189,   Tulsa, OK 74133-5700
28574900    +Arbor Creek Townhouse,   2756 Caton Farm Road,   Joliet, IL 60435-1309
28574902    ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
             (address filed with court:  Caine Weiner,   Po Box 55848,   Sherman Oaks, CA 91413)
28574903    #+Carrington Mortgage Se,   15 Enterprise St,   Aliso Viejo, CA 92656-2653
28574905    +Chad R Sounders, Attorney at Law,   175 N Archer,   Mundelein, IL 60060-2301
28574906     City Of Joliet Parking Tickets,   Legal Department,   PO Box 5001,   Joliet, IL 60434-5001
28574914    +Illinois Tollway,   Bankruptcy Department,   PO Box 5544,   Chicago, IL 60680-5491
28574915    +Illinois Tollway Headquarters,   2700 Ogden Ave.,   Downers Grove, IL 60515-1703
28574918     Linebarger Goggan Blair & Sampson,   Attorneys at Law,   PO Box 06357,   Chicago, IL 60606-0357
28574919    +Municipal Collection of America, In,   3348 Ridge Road,   Lansing, IL 60438-3112
28574920    +Oluwadare Ogunyinka,   c/o Flaherty Law,   24047 W Lockport St., Ste 201C,
             Plainfield, IL 60544-1680
28574921    +Progressive Insurance Company,   6300 Wilson Mills Rd.,   Mayfield Village, OH 44143-2182
28574923    +Tbom/Total Card,   PO Box 85710,   Sioux Falls, SD 57118-5710
28574924    +Village of Forest Park,   517 Des Plaines,   Forest Park, IL 60130-1800
28574925     Village of North Riverside,   Red Light Violation,   PO Box 7641,   Carol Stream, IL 60197-7641
28574926     Village of Plainfield,   Automated Enforcement Program,   PO Box 22091,   Tempe, AZ 85285-2091

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: davidsiegelbk@gmail.com Jan 25 2020 01:42:13     David M Siegel,
             David M. Siegel & Associates,   790 Chaddick Drive,   Wheeling, IL  60090
ust         +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jan 25 2020 01:43:10     Patrick S Layng,
             Office of the U.S. Trustee, Region 11,   219 S Dearborn St,   Room 873,
             Chicago, IL 60604-2027
28574901    +E-mail/Text: bankruptcies@banfield.net Jan 25 2020 01:44:04     Banfield Pet Hospital,
             Bankruptcy Department,   PO Box 13998,   Portland, OR 97213-0998
28574904    +EDI: PHINGENESIS Jan 25 2020 06:28:00     Cb Indigo/gf,   Po Box 4499,
             Beaverton, OR 97076-4499
28574907    +E-mail/PDF: creditonebknotifications@resurgent.com Jan 25 2020 01:47:07     Credit One,
             Bankrupcty Department,   PO Box 98873,   Las Vegas, NV 89193-8873
28574908    +EDI: NAVIENTFKASMDOE.COM Jan 25 2020 06:28:00     Dept Of Ed/navient,   Po Box 9635,
             Wilkes Barre, PA 18773-9635
28574909    +E-mail/Text: bankruptcy@edward.org Jan 25 2020 01:43:57     Edward Hospital & Health Services,
             801 South Washington St.,   Naperville, IL 60540-7499
28574910    +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jan 25 2020 01:46:17     Exeter Finance Llc,
             Po Box 166097,   Irving, TX 75016-6097
28574911    +EDI: PHINHARRIS Jan 25 2020 06:28:00     Harris & Harris, Ltd,   111 West Jackson Blvd,
             Suite 400,   Chicago, IL 60604-4135
28574912    +EDI: IIC9.COM Jan 25 2020 06:28:00     I.c. System, Inc,   Po Box 64378,
             Saint Paul, MN 55164-0378
28574913     E-mail/Text: rev.bankruptcy@illinois.gov Jan 25 2020 01:43:21     Illinois Dept. of Revenue,
             Bankruptcy Unit,   P.O. Box 19035,   Springfield, IL 62794-9035
28574916     EDI: IRS.COM Jan 25 2020 06:28:00     IRS,   Internal Revenue Service,   P.O. Box 7346,
             Philadelphia, PA 19101-7346
28574917    +E-mail/Text: NDAILY@KSNLAW.COM Jan 25 2020 01:42:54     Kovitz Shifrin Nesbit,
             175 N Archer Ave,   Mundelein, IL 60060-2301
28574922    +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 25 2020 01:46:18     Regional Acceptance Co,
             1424 E Fire Tower Road,   Greenville, NC 27858-4105
                                                                                    TOTAL: 14

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1        User: ahamilton       Page 2 of 2          Date Rcvd: Jan 24, 2020
                           Form ID: 309I          Total Noticed: 32
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
          David M Siegel    on behalf of Debtor 1 Tina  Guider davidsiegelbk@gmail.com,
           R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Glenn B Stearns    stearns_g@lisle13.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald J. Kapustka    on behalf of Creditor   Arbor Creek Townhome Association ndaily@ksnlaw.com
                                                                                    TOTAL: 4
```