| | | | Post Suspense Balance | | -$3,792.48 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction Type | Transaction Date | Amount Received | Post-petition Due Date | Post Amt Due Per PCN | Contractual Amt Applied | Principal | Escrow | Posting Over/Short | Credit to Post Suspense | Debit from Post Suspense | Post Suspense Balance |
| Beginning Balance | 1/23/2020 | | | | | | | | | | |
| Post-Petition | 02/06/20 | $960.00 | 2/1/2020 | $956.04 | $956.04 | $601.96 | $354.08 | $3.96 | $3.96 | $0.00 | $3.96 |
| Post-Petition | 03/05/20 | $960.00 | 3/1/2020 | $956.04 | $956.04 | $601.96 | $354.08 | $3.96 | $3.96 | $0.00 | $7.92 |
| Post-Petition | 04/02/20 | $960.00 | 4/1/2020 | $956.04 | $956.04 | $601.96 | $354.08 | $3.96 | $3.96 | $0.00 | $11.88 |
| Post-Petition | 05/01/20 | $960.00 | 5/1/2020 | $956.04 | $956.04 | $601.96 | $354.08 | $3.96 | $3.96 | $0.00 | $15.84 |
| Post-Petition | 05/30/20 | $960.00 | 6/1/2020 | $956.04 | $956.04 | $601.96 | $354.08 | $3.96 | $3.96 | $0.00 | $19.80 |
| Post-Petition | 09/03/20 | $960.00 | 7/1/2020 | $956.04 | $956.04 | $601.96 | $354.08 | $3.96 | $3.96 | $0.00 | $23.76 |
| Post-Petition | 09/30/20 | $960.00 | 8/1/2020 | $956.04 | $956.04 | $601.96 | $354.08 | $3.96 | $3.96 | $0.00 | $27.72 |
| Post-Petition | 10/01/20 | $960.00 | 9/1/2020 | $956.04 | $956.04 | $601.96 | $354.08 | $3.96 | $3.96 | $0.00 | $31.68 |
| Post-Petition Payment Due | | | 10/1/2020 | $956.04 | $956.04 | $601.96 | $354.08 | -$956.04 | $0.00 | $956.04 | -$924.36 |
| Post-Petition Payment Due | | | 11/1/2020 | $956.04 | $956.04 | $601.96 | $354.08 | -$956.04 | $0.00 | $956.04 | -$1,880.40 |
| Post-Petition Payment Due | | | 12/1/2020 | $956.04 | $956.04 | $601.96 | $354.08 | -$956.04 | $0.00 | $956.04 | -$2,836.44 |
| Post-Petition Payment Due | | | 1/1/2021 | $956.04 | $956.04 | $601.96 | $354.08 | -$956.04 | $0.00 | $956.04 | -$3,792.48 |